IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUWEKMA TRIBE, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 1:03 CV 1231 (RBW) |
| ) | |
| v. ) | |
| ) | |
| KENNETH L. SALAZAR, Secretary of ) | |
| the Interior, *et al*. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR STATUS CONFERENCE**

      Plaintiff, Muwekma Ohlone Tribe, respectfully asks the Court to set a date for a status conference in this case.

      On September 30, 2008, this Court issued an Order stating that it had earlier remanded this case to the Department of the Interior "so it could explain why it treated similarly situated tribes differently, not so that it could construct post-hoc arguments as to whether the tribes [Muwekma, Lower Lake, and Ione] were similarly situated in the first place." *Id*. at 9 (emphasis in original).

      The Court stated that it "would be well within its discretion to reject the defendants' arguments outright, grant the plaintiff summary judgment with respect to its equal protection claim, and bring this case to a close." But the Court then, "out of an abundance of caution" gave the parties the opportunity to brief the law of the case issue. *Ibid*.

      The last substantive pleadings in this case was Plaintiff's Opposition to Defendants' Supplemental Memorandum, filed December 1, 2008. There has been no further action by the Court, perhaps because the Clerk erroneously listed the case as closed, nor has the Department of the Interior moved to recognize the Muwekma Tribe, which we had hoped would happen after the Court's 2008 order.

      Since more than two years have passed since the Court's last order, we respectfully request a status conference.

      The Trial Attorney for the defendants has authorized us to state that the United States does not object to this request for a status conference.

A Proposed order is attached.

                                                          Respectfully submitted,

Dated:   December 3, 2010                 */s/ Harry R. Sachse*
                                                  Harry R. Sachse    (D.C. Bar No. 231522)
                                                  SONOSKY, CHAMBERS, SACHSE,
                                                    ENDRESON & PERRY, LLP
                                                  1425 K Street, N.W., Suite 600
                                                  Washington, D.C.  20005
                                                  Tel: (202) 682-0240
                                                  Fax: (202) 682-0249

                                                  Colin Cloud Hampson (D.C. Bar No.448481)
                                                  SONOSKY, CHAMBERS, SACHSE,
                                                    ENDRESON & PERRY, LLP
                                                  750 B Street, Suite 3130
                                                  San Diego, California  92101
                                                  Tel: (619) 546-5585
                                                  Fax (619) 546-5584

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUWEKMA TRIBE, | ) |
| | ) |
| Plaintiff, | )  Civ. No. 1:03 CV 1231 (RBW) |
| | ) |
| v. | ) |
| | ) |
| KENNETH L. SALAZAR, Secretary of the Interior, *et al*. | ) |
| | ) |
| Defendants. | ) |

## ORDER

A status conference is set in this case for the ___ day of ____, 2010 in the chambers of the Honorable Reggie B. Walton, United States District Court for the District of Columbia.

ORDERED this ____ day of December, 2010.

_____
REGGIE B. WALTON
United States District Judge

1

109310.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2010, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send notice of electronic filings to all counsel of record.


                                        */s/ Harry R. Sachse*  
                                        Harry R. Sachse